## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wade, Yvonne | Case Number: 08 B 00721 |
| | Judge: Hollis, Pamela S |
| Printed: 03/03/09 | Filed: 1/14/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed - No Disch: February 26, 2009
Confirmed:  March 10, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,915.75 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,725.00 |
| Trustee Fee: | | 190.75 |
| Other Funds: | | 0.00 |
| Totals: | 2,915.75 | 2,915.75 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Jennifer A Blanc Douge | Administrative | 2,725.00 | 2,725.00 |
| 2. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 3. | HSBC Auto Finance | Secured | 0.00 | 0.00 |
| 4. | American Home Mortgage Servicing | Secured | 14,458.00 | 0.00 |
| 5. | American Medical Collection | Unsecured | | No Claim Filed |
| 6. | Gloria Jackson | Unsecured | | No Claim Filed |
| 7. | Comcast | Unsecured | | No Claim Filed |
| 8. | AT&T | Unsecured | | No Claim Filed |
| 9. | Credit Protection Association | Unsecured | | No Claim Filed |
| 10. | Affirmative Insurance Co | Unsecured | | No Claim Filed |
| 11. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 12. | Comcast | Unsecured | | No Claim Filed |
| 13. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 14. | Loyola University Phys Foundation | Unsecured | | No Claim Filed |
| | | | $ 17,183.00 | $ 2,725.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 110.51 |
| 6.6% | 80.24 |
| | $ 190.75 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Wade, Yvonne | Case Number:  08 B 00721 |
| | Judge:  Hollis, Pamela S |
| Printed: 03/03/09 | Filed:  1/14/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*